IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**
**for the use and benefit of MCALLISTER**
**CONSTRUCTION CO., LLC, an Alabama**
**limited liability company,**

    **Plaintiff,**

vs.                                              **CASE NO. 5:11-cv-100/RS-CJK**

**GREAT AMERICAN INS. CO.**
**of N.Y., a New York Corporation,**

    **Defendants.**
_____/

## **ORDER**

Before me are Defendants Motion to Dismiss (Doc. 7) and Plaintiff's Response (Doc. 9).

This is a case under the Miller Act, 40 U.S.C. § 3131, *et seq*. Plaintiff, a subcontractor, brings suit against the Defendant surety but not against the principal/contractor. The bond in question provides that Defendant is bound jointly and severally with the principal (Doc. 1, p.2). "The holder of a joint and several note may sue the principal and surety jointly, or at his option he may sue either the principal or surety alone." *United States use of Apex Roofing & Insulation, Inc. v. Union Indem. Ins. Co.*, 865 F.2d 1226, 1227 (11th Cir. 1989) (c*iting Hicks v. Bank of Wrightsville*, 57 Ga.App. 233, 234, 194 S.E. 892 (1938)).

The Motion (Doc. 7) is **DENIED**.

**ORDERED** on May 26, 2011.

<u>/S/ Richard Smoak</u>
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**