IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,
f/u/b/o McALLISTER CONSTRUCTION
COMPANY, LLC,

    Plaintiff,

vs.                                    CASE NO. 5:11cv100/RS-CJK

GREAT AMERICAN INSURANCE
COMPANY OF NEW YORK, a New
York corporation,

    Defendant.
_____/

## ORDER

Before me is the Motion To Intervene By Diversified Maintenance Systems, Inc. (Doc. 21).

**IT IS ORDERED** that Diversified Maintenance Systems, Inc. is granted leave to intervene in this case and shall file its initial pleading not later than fourteen days from the date of this Order.

**ORDERED** on August 16, 2011.

                                           /S/ Richard Smoak
                                           **RICHARD SMOAK**
                                           **UNITED STATES DISTRICT JUDGE**