IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**
for the use and benefit of
**MCALLISTER CONSTRUCTION CO.,
LLC, an Alabama limited liability company,**

    Plaintiff,

vs.  CASE NO. 5:11-cv-100/RS-CJK

**DIVERSIFIED MAINTENANCE SYSTEMS
INC., a Utah corporation,**

    Intervenor-Plaintiff,

vs.

**GREAT AMERICAN INS. CO., of NY,**
a New York corporation,

    Defendant.
_____

## ORDER

The pretrial conference has been rescheduled to Friday, February 3, 2012, at 1:30 p.m.

**ORDERED** on December 7, 2011.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK
                                            UNITED STATES DISTRICT JUDGE**